1  WO

6        **IN THE UNITED STATES DISTRICT COURT**

7        **FOR THE DISTRICT OF ARIZONA**

9   Bobby S Thompson,                          No. CV-16-03902-PHX-JAT (ESW)

10              Plaintiff,                     **ORDER**

11  v.

12  Joseph M Arpaio, et al.,

13              Defendants.

        Pending before this Court is the November 3, 2017 Report and Recommendation ("R&R") (Doc. 32) issued by the Magistrate Judge recommending screening of the Second Amended Complaint (Doc. 31). No party has filed objections to the R&R. District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added).

        Accordingly,

        **IT IS ORDERED** that the R&R (Doc. 32) is accepted and adopted.

        **IT IS FURTHER ORDERED** that Maricopa County must answer Count One of the Second Amended Complaint.

        **IT IS FURTHER ORDERED** that Defendant DO B2230 must answer the retaliation claim in Count Two of the Second Amended Complaint that is based on DO B2230's alleged issuance of a Disciplinary Report after Plaintiff submitted a grievance.

        **IT IS FURTHER ORDERED** that Count Two is dismissed as to Plaintiff's allegations that DO B2230 "suggested" that Plaintiff be moved to a different pod and

housed with an inmate of another race.

**IT IS FURTHER ORDERED** that Defendant DO B2584 must answer Count Three of the Second Amended Complaint.

**IT IS FURTHER ORDERED** that

1.      The Clerk of Court shall send Plaintiff a service packet including the Second Amended Complaint, this Order, and a copy of the Marshal's Process Receipt & Return form (USM-285) and Notice of Lawsuit & Request for Waiver of Service of Summons form for Defendants Maricopa County, DO B2230, and DO B2584.

2.      Plaintiff shall complete and return the service packet to the Clerk of Court within 21 days of the date of filing of this Order. The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order.

3.      If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Second Amended Complaint on Defendants within 90 days of the filing of the Second Amended Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m); LRCiv 16.2(b)(2)(B)(i).

4.      The United States Marshal shall retain the Summons, a copy of the Second Amended Complaint, and a copy of this Order for future use.

5.      The United States Marshal shall notify Maricopa County, DO B2230, and DO B2584 of the commencement of this action and request waiver of service of the summons pursuant to Federal Rule of Civil Procedure 4(d). The notice to Defendants shall include a copy of this Order. The Marshal shall file waivers of service of the summons or requests for waivers that were returned as undeliverable as soon as they are received. If a waiver of service of summons is returned as undeliverable or is not returned by Defendants within thirty days from the date the request for waiver was sent by the Marshal, the Marshal shall:

(a)      personally serve copies of the Summons, Second Amended Complaint, and this Order upon Defendants pursuant to Federal Rule of Civil Procedure

4(e)(2); and

(b)     Within ten days after personal service is effected, file the return of service for Defendants, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently incurred in effecting service upon Defendants. The costs of service shall be enumerated on the return of service form (USM-285) and shall include the costs incurred by the Marshal for photocopying additional copies of the Summons, Second Amended Complaint, or this Order and for preparing new process receipt and return forms (USM-285), if required. Costs of service will be taxed against the personally served Defendants pursuant to Federal Rule of Civil Procedure 4(d)(2), unless otherwise ordered by the Court.

6.      **If Defendants agree to waive service of the Summons and Second Amended Complaint, Defendants must return the signed waiver forms to the United States Marshal, not the Plaintiff.**

7.      Defendants shall answer the Second Amended Complaint (as specified above) or otherwise respond by appropriate motion within the time provided by applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

Dated this 4th day of December, 2017.


James A. Teilborg
Senior United States District Judge

- 3 -